**Order entered March 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-01668-CV

### CONTINENTAL FOODS, INC., Appellant

### V.

### ROSSMORE ENTERPRISES, Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-05580**

## ORDER

Appellee/Cross-Appellant's motion for leave of court to file post-submission briefing is

**GRANTED**.

/s/     MICHAEL J. O'NEILL
         JUSTICE